**IN THE UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF GEORGIA  
STATESBORO DIVISION**

JOSHUA BLASH,

    Plaintiff,

v.

STATE PRISON OFFICIALS,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-74

# O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 5). Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's directive and this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 20th day of November, 2019.

    R. STAN BAKER  
    UNITED STATES DISTRICT JUDGE  
    SOUTHERN DISTRICT OF GEORGIA