# United States District Court
## Southern District of Georgia

JOSHUA BLASH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-74

STATE PRISON OFFICIALS,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court, the Court DISMISSES without prejudice Plaintiff's Complaint for failure to follow this Court's directive and this Court's Order, and DENIES Plaintiff leave to appeal in forma pauperis.

Approved by: _____

November 26, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk